

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 19, 2014

**BY ECF AND EMAIL**                                          MEMO ENDORSED

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street
New York, New York 10007

      Re:   **United States v. Tatyana Gabinskaya,**
              S13 12 Cr. 171-24 (JPO)

Dear Judge Oetken:

      The Government writes with the consent of defense counsel to jointly propose the following schedule for the various submissions to be made in advance of the September 22, 2014 trial in this case. Rule 404(b) and *in limine* motions shall be filed by September 2, 2014. Responses shall be filed by September 8, 2014. Any replies shall be filed by September 12, 2014. Proposed *voir dire* and requests to charge shall be filed by September 15, 2014. The Government has agreed to produce 3500 material to defense counsel on September 15, 2014.

      The parties respectfully request that the Court schedule a final pretrial conference on September 17, 2014, at 3:30 p.m., which the parties understand is a convenient date and time for the Court.

> So ordered. Final pretrial conference will be held Sept. 17, 2014 at 3:30 pm.

  8/19/14

_____
J. PAUL OETKEN
United States District Judge

Respectfully submitted,

PREET BHARARA
United States Attorney

    :      /s/
       Amanda Kramer
       Assistant United States Attorney
       (212) 637-2478

cc:    Sean M. Maher, Esq. (by ECF and email)