UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                :
UNITED STATES OF AMERICA        :
                                                :
                                                :       12-CR-171 (JPO)
              -v-                               :
                                                :       ORDER
TATYANA GABINSKAYA,            :
                        Defendants.     :
                                                :
------------------------------------------------------------ X

J. PAUL OETKEN, District Judge:

    The Defendant is hereby ordered to provide notice to the government by 3:30 PM on Wednesday, September 17th, 2014, should she choose to present an advice-of-counsel defense.

    SO ORDERED.

Dated: September 15, 2014
       New York, New York

_____
J. PAUL OETKEN
United States District Judge

1